Case 1:19-cv-00055-LTS-SDA Document 12-2 Filed 05/11/19 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RODRIGO GONZALEZ ORTIZ,

                    Plaintiff,

-against-

MR PRODUCE INC. and SHARON GROSSMAN,

                    Defendants.
-----------------------------------------------------------X

Case No. 19-CV-55 (LTS)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on January 3, 2019, plaintiff Rodrigo Gonzalez Ortiz ("Plaintiff") filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        May 14, 2019

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>*Attorneys for Plaintiff*<br>10 Grand Central<br>155 East 44th Street – 6th Floor<br>New York, New York 10017<br>(212) 209-3933<br><br>By: _____<br>     Justin Cilenti | SHARON GROSSMAN, PRO SE<br>*Defendant*<br>2144 East 70th Street<br>Brooklyn, New York 11234<br>(718) 807-7281<br><br><br>By: _____<br>     Sharon Grossman |

SO ORDERED:

_____ 6/14/19
Laura Taylor Swain, U.S.D.J.